■ The People of the State of New York, Respondent, v Rashun Robinson, Appellant. [45 NYS3d 802]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Marrus, J.), imposed September 3, 2014, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was

invalid (*see People v Maracle*, 19 NY3d 925 [2012]; *People v Bradshaw*, 18 NY3d 257, 265 [2011]) and, thus, does not preclude review of his excessive sentence claim. However, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Mastro, Hall, Sgroi and Miller, JJ., concur.